AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, AND DEFERRED SAVINGS PLAN TRUST FUNDS
    Plaintiffs,

V.

DE'COR CONSTRUCTION, INC., AN ILLINOIS CORPORATION, AND ROB OLSZIEWSKI INDIVIDUALLY
    Defendant.

CASE NUMBER:

ASSIGNED JUDGE: **08 C 1299**

DESIGNATED MAGISTRATE JUDGE: **JUDGE LEFKOW**
**MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

ROB OLSZIEWSKI
~~188 JACKSON LANE~~ 360 DUBLIN ROAD
BLOOMINGDALE, IL 60108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

March 5, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | MARCH 27, 2008 AT 4:00 PM |
| NAME OF SERVER *(PRINT)* SCOTT POCIUS | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. AT 360 DUBLIN ROAD, BLOOMINGDALE, IL 60108

Name of person with whom the summons and complaint were left: BRIDGET OLSZIEWSKI (WIFE + CORPORATE SECRETARY). SHE CAN BE DESCRIBED AS A F/W, 35-40 YEARS OF AGE, BLACK CURLY HAIR

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/27/08
　　　　　　　　Date

Signature of Server: Scott Pocius

THE ARGUS AGENCY INC.
RENAISSANCE DR. STE 208
RIDGE IL 60568

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.